

RECEIVED
NOV 13 2007
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tony Flowers

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

07CV6416
JUDGE CASTILLO
MAG. JUDGE SCHENKIER

vs.

Case No:_____
(To be supplied by the Clerk of this Court)

James Comroe, Ass. State Attorney

Maryann Planey/Ass State Attorney

Det. P. Magnine

Det. Ward

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
        U.S. Code (state, county, or municipal defendants)

_____     **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code** (federal defendants)

_____     **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Tony Flowers

B. Date of Birth: 3-15-71

C. List all aliases: Marcus Scott

D. Prisoner identification number: 2006-0083015

E. Place of present confinement: Cook County Jail

F. Address: 2600 S. California, Chicago Illinois 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: James Comroe

Title: Ass. State Attorney

Place of Employment: _____

B. Defendant: Maryann Planey

Title: Ass. State Attorney

Place of Employment: _____

C. Defendant: Det. P. Magnine

Title: Police Detective

Place of Employment: Chicago Police Department

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendent: Det. Ward

- Title: police Detective

Place of Employment Chicago police Department

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A.    Name of case and docket number: _____ None _____

    B.    Approximate date of filing lawsuit: _____

    C.    List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D.    List all defendants: _____

    E.    Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F.    Name of judge to whom case was assigned: _____

    G.    Basic claim made: _____

    H.    Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I.    Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On 1-12-07 while Awaiting trial for Domestic on my wife State Attorney Maryann Planey told Judge Diane Shally Branch 61 Rm. 401 that my wife called her and left A message on her Phone saying I called her at home 1-11-07 at 9:20pm and threaten to Kill her and she have it Recorded Judge Diane Shally told the State Attorney to have my wife come before the court on 1-17-07 and she will do A hearing on 1-17-07 my wife did not show up At court and the State Attorney Maryann Planey Stated "We got Something else for him" now on 4-4-07 two police Detative came to the Cook County Jail and took me to Harrison & Kedzie police Station Put me in A room Asked me did I call my wife on 1-11-07 and I Stated no I didn't one Detective Stated yes you did we have it Recorded I said Bring it on cuz I know I didn't call her the Detective left came back and told me I'm being charged with violation of an order of protection and took me to get fingerprinted and picture taken and took me Back to the Cook County Jail on 4-11-07 I was called to court At Domestic Court 555 W. Harrison

5

Revised 5/2007

I was Call out before Judge Shenn Room 302 my wife didnt Show nor did she sign the Complaint I was given Another Court date 4-25-07, on 4-25-07 I was called back to Court At 555 W. Harrison this time before Judge Murphy Court Room 302 I was called out and Judge Murphy told me my Case has been Supper Seeded and gave me Another Court Date 5-08-07 I did not see no Chife Judge I was Sent to Judge Sacks Court Room 601 He Read indictment charge and gave me Another Court date 6-12-07, on 6-12-07 P.D. came to talk to me and and showed me the grand Jury transcrip I noticed that this transcrip had false and misleading statement made by the police and State Attorney saying that my wife was A witness in A '95' case that lead to me getting convicted and that she got on the Stand on me and I called and threaten her because I got 300 days in the County Jail not true At All my wife was never A witness on me. State Attorney maryann Planey is vindictively prosecuting me After she made Alligation on 1-12-07 that I treaten my wife and my wife didnt show up At Court for A violation hearing 1-17-07 maryann planey stated we have something else for him in open Court then 2 months later Persueded the issue again and improperly made this

violation A felony stating that she will be sending me to the Joint this time.

The two Police Detective P. Magnine and Ward charged me with A violation of an order protection without investigating the matter my wife did not file nor sign A complaint nor did she appear before any court or Judge with the Alligation the Detective claim they talked to my on the phone and she gave them permission to charge me with the violation of order of protection.

James ComRoe state Attorney made false and misleading statement to the grand Jury Also Abucd the police to testify to hersay information and did not investegate the matter before taking to the grand Jury.

10-19-07                                    Tony Flowers

**V.     Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will lik the court to look into the wrong doing of the prosecution and dismissed this crimnal case thats pending aginst me and be Awarded 100,000 for losses and being vindictive prossecuted

**VI.    The plaintiff demands that the case be tried by a jury.** ☐ YES   ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  19  day of  Oct. , 20 07

_____
(Signature of plaintiff or plaintiffs)

Tony Flowers
(Print name)

2006-0083015
(I.D. Number)

P.O. Box 089002  Div. 6-2A
Chicago, Ill. 60608
(Address)

8

Revised 5/2007