**PRISONER CASE**                      Cat. 3                            **F I L E D**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS                NOV 1 3 2007
                                                  13
# Civil Cover Sheet
                                         MICHAEL W. DOBBINS
                                       CLERK, U.S. DISTRICT COURT

Plaintiff(s):     TONY FLOWERS          Defendant(s):   JAMES COMROE, etc., et al.

County of Residence:    COOK            County of Residence:

Plaintiff's Address:                    Defendant's Attorney:

Tony Flowers
#2006-0083015
Cook County Jail                        **07CV6416**
P.O. Box 089002                         **JUDGE CASTILLO**
Chicago, IL  60608                      **MAG. JUDGE SCHENKIER**

Basis
of Jurisdiction:  ☐ 1. U.S. Government Plaintiff    ☑ 3. Federal Question
                                                       (U.S. gov't. not a party)

                  ☐ 2. U.S. Government Defendant    ☐ 4. Diversity

Citizenship of Principal Parties (Diversity Cases Only)

              Plaintiff:

              Defendant:

Origin:    ☑ 1. Original Proceeding           ☐ 5. Transferred From Other District

           ☐ 2. Removed From State Court      ☐ 6. MultiDistrict Litigation

           ☐ 3. Remanded From Appellate Court ☐ 7. Appeal to District Judge from
                                                   Magistrate Judgment
           ☐ 4. Reinstated or Reopened

Nature of Suit:  550 Prisoner civil rights

Cause of Action:  42:1983pr

Jury Demand:  ☐ Yes   ☑ No

Signature:  *A. E. Woodham*   Date: 11/13/2007