**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of:                                                                 Case Number:   07 C 6416

TONY FLOWERS,

v.

P. Magnine and T. Ward,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendants P. Magnine and T. Ward

| | |
|---|---|
| NAME (Type or print) <br> Le'Ora Tyree | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> /s/ Le'Ora Tyree | |
| FIRM   City of Chicago Department of Law | |
| STREET ADDRESS   30 North LaSalle Street, Suite 1020 | |
| CITY/STATE/ZIP   Chicago, Illinois 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6288669 | TELEPHONE NUMBER <br> (312) 744-1056 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?          YES **X**     NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?       YES ☐     NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?           YES ☐     NO **X** | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br><br> RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐ | |