IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY FLOWERS, ) | |
| ) | **No. 07 C 6416** |
| Plaintiffs, ) | |
| ) | |
| v. ) | JUDGE CASTILLO |
| ) | |
| CHICAGO POLICE DETECTIVES ) | Magistrate Judge Schenkier |
| P. MAGNINE and T. WARD, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in his place or stead, on the 29th day of July, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 13st day of June, 2008.

LE'ORA TYREE
ASSISTANT CORPORATION COUNSEL

BY:   /s/ *Le'Ora Tyree*
    LE'ORA TYREE
    Assistant Corporation Counsel

30 N. LaSalle Street, Suite 1020
Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

**CERTIFICATE OF SERVICE**

I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANT CITY OF CHICAGO'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD** to be served electronically upon represented parties via the CM/ECF electronic filing system this 21st day of February, 2008.

/s/ *Le'Ora Tyree*
LE'ORA TYREE