**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Tony Flowers
                Plaintiff,

v.                                         Case No.: 1:07−cv−06416
                                                  Honorable Ruben Castillo

P Magnine, et al.
                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, June 19, 2008:

    MINUTE entry before the Honorable Ruben Castillo:Defendants' motion for extension of time to answer [11] is denied as moot. Defendants' amended motion for extension of time to answer or otherwise plead [13] is granted. Defendants to answer or otherwise plead to the complaint on or before 7/29/2008. Parties to file a status report by 8/15/2008.Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.