UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Tony Flowers

---

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

James Comroe, Ass. State Attorney
Maryann Planey/Ass State Attorney
Det. P. Magnine
Det. Ward

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**07C 6416**

Case No:_____
(To be supplied by the Clerk of this Court)

JUDGE CASTILLO

MAGISTRATE JUDGE

**CHECK ONE ONLY:**

✓   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
    U.S. Code (state, county, or municipal defendants)

____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
     28 SECTION 1331 U.S. Code (federal defendants)

____  OTHER (cite statute, if known)

**BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.**

EXHIBIT
A

FCRL 1

I. **Plaintiff(s):**

   A. Name: Tony Flowers

   B. Date of Birth: 3-15-71

   C. List all aliases: Marcus Scott

   D. Prisoner identification number: 2006-0083015

   E. Place of present confinement: Cook County Jail

   F. Address: 2600 S. California, Chicago Illinois 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, date of birth, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: James Comroe

      Title: Ass. State Attorney

      Place of Employment: _____

   B. Defendant: Mary ann Planey

      Title: Ass. State Attorney

      Place of Employment: _____

   C. Defendant: Det. P. MaGnine

      Title: Police Detective

      Place of Employment: Chicago Police Department

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Defendent: <u>Det. Ward</u>

Title: <u>Police Detective</u>

Place of Employment <u>Chicago Police Department</u>

3

FCRL 3

III. **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

    A. Name of case and docket number: _____ None _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

    D. List all defendants: _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____

    G. Basic claim made: _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

4

Revised 5/2007

FCRL 4

I was call out before Judge Shenn Room 302 my wife didn't show nor did she sign the complaint I was given another court date 4-25-07, on 4-25-07 I was called back to court at 555 W. Harrison this time before Judge Murphy court Room 302 I was called out and Judge Murphy told me my case has been supper seeded and gave me another court date 5-08-07 I did not see no chife Judge I was sent to Judge Sacks court Room 601 He read indictment charge and gave me another court date 6-12-07, on 6-12-07 P.D. came to talk to me and and showed me the grand jury transcrip I noticed that this transcrip had false and misleading statement made by the police and State Attorney saying that my wife was a witness in a '95' case that lead to me getting convicted and that she got on the stand on me and I called and threaten her because I got 300 days in the County Jail not true at all my wife was never a witness on me. State Attorney maryann planey is vindictively prosecuting me after she made alligation on 1-12-07 that I treaten my wife and my wife didn't show up at court for a vialation hearing 1-17-07 maryann planey stated we have something else for him in open court then 2 months later persueded the issue again and improperly made this

violation a felony stating that she will be sending me to the Joint this time.

The two Police Detective P. Magnine and Ward charged me with a violation of an order protection without investagating the matter my wife did not file nor sign a Complaint nor did she appear before any Court or Judge with the Alligation the Detective claim they talked to my on the phone and she gave them permission to charge me with the violation of order of protection.

James ComRoe state Attorney made false and misleading statement to the grand Jury also abued the police to testify to hersay information and did not investegate the matter before taking to the grand Jury.

10-19-07                                   Tony Flowers

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I will lik the court to look into the wrong doing of the prosecution and dismissed this crimal case thats pending aginst me and be Awarded 100,000 for losses and being vindictive prosscuted

VI. The plaintiff demands that the case be tried by a jury.  ☐ YES  ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 19 day of Oct., 20 07

_____
(Signature of plaintiff or plaintiffs)

TONY FLOWERS
(Print name)

2006-0083015
(I.D. Number)

P.O. Box 089002 Div. 6-2A
Chicago, Ill. 60608
(Address)

Revised 5/2007