IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 001

PEOPLE OF THE STATE OF ILLINOIS

                VS                NUMBER 07CR0843401

TONY       FLOWERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION with the Clerk of the Circuit Court.

Charging the above named defendant with:

  720-5/12-30(a)(1)               F    VIO ORDER/PRIOR VIO OF ORDER

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
04/19/07  IND/INFO-CLK OFFICE-PRES JUDGE         05/08/07 1701
05/08/07  CASE ASSIGNED                          05/08/07 1723
     BIEBEL, PAUL JR.
05/08/07  DEFENDANT IN CUSTODY                   00/00/00
     BIEBEL, PAUL JR.
05/08/07  DEFENDANT IN CUSTODY                   00/00/00
     SACKS STANLEY J.
05/08/07  PRISONER DATA SHEET TO ISSUE           00/00/00
     SACKS STANLEY J.
05/08/07  PUBLIC DEFENDER APPOINTED              00/00/00
     ADRIENNE DAVIS
     SACKS STANLEY J.
05/08/07  DEFENDANT ARRAIGNED                    00/00/00
     SACKS STANLEY J.
05/08/07  PLEA OF NOT GUILTY                     00/00/00
     SACKS STANLEY J.
05/08/07  MOTION FOR DISCOVERY                   00/00/00 F       1
     SACKS STANLEY J.
05/08/07  DISCOVERY ANSWER FILED                 00/00/00         1
     SACKS STANLEY J.
05/08/07  ADMONISH AS TO TRIAL IN ABSENT         00/00/00
     SACKS STANLEY J.
05/08/07  CONTINUANCE BY AGREEMENT               06/12/07
     FOR STATUS
     SACKS STANLEY J.
06/12/07  DEFENDANT IN CUSTODY                   00/00/00
     SACKS STANLEY J.
06/12/07  PRISONER DATA SHEET TO ISSUE           00/00/00
     SACKS STANLEY J.
```


EXHIBIT B

FCRL 7

```
            IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 002

     PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 07CR0843401

   TONY        FLOWERS

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
06/12/07 CONTINUANCE BY AGREEMENT                 07/11/07
         SACKS STANLEY J.
07/11/07 DEFENDANT IN CUSTODY                     00/00/00
         SACKS STANLEY J.
07/11/07 PRISONER DATA SHEET TO ISSUE             00/00/00
         SACKS STANLEY J.
07/11/07 CONTINUANCE BY AGREEMENT                 08/07/07
         SACKS STANLEY J.
08/07/07 DEFENDANT IN CUSTODY                     00/00/00
         SACKS STANLEY J.
08/07/07 PRISONER DATA SHEET TO ISSUE             00/00/00
         SACKS STANLEY J.
08/07/07 CONTINUANCE BY AGREEMENT                 09/12/07
         SACKS STANLEY J.
09/12/07 DEFENDANT IN CUSTODY                     00/00/00
         SACKS STANLEY J.
09/12/07 PRISONER DATA SHEET TO ISSUE             00/00/00
         SACKS STANLEY J.
09/12/07 MOTION FOR DISCOVERY                     00/00/00 F       2
         SACKS STANLEY J.
09/12/07 CONTINUANCE BY AGREEMENT                 09/20/07
         SACKS STANLEY J.
09/20/07 DEFENDANT IN CUSTODY                     00/00/00
         SACKS STANLEY J.
09/20/07 PRISONER DATA SHEET TO ISSUE             00/00/00
         SACKS STANLEY J.
09/20/07 MOTION TO DISMISS INDICTMENT             00/00/00 F       2
         SACKS STANLEY J.
09/20/07 DISCOVERY ANSWER FILED                   00/00/00         2
         SACKS STANLEY J.
09/20/07 WITNESSES ORDERED TO APPEAR              00/00/00
         SACKS STANLEY J.
09/20/07 CONTINUANCE BY AGREEMENT                 10/19/07
         SACKS STANLEY J.
10/19/07 DEFENDANT IN CUSTODY                     00/00/00
         SACKS STANLEY J.
10/19/07 PRISONER DATA SHEET TO ISSUE             00/00/00
         SACKS STANLEY J.
```

FCRL8

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 003

PEOPLE OF THE STATE OF ILLINOIS

                    VS                    NUMBER 07CR0843401

    TONY      FLOWERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

   I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
10/19/07 CONTINUANCE BY AGREEMENT               11/20/07
    SACKS STANLEY J.
11/20/07 DEFENDANT IN CUSTODY                   00/00/00
    SACKS STANLEY J.
11/20/07 PRISONER DATA SHEET TO ISSUE           00/00/00
    SACKS STANLEY J.
11/20/07 CONTINUANCE BY AGREEMENT               12/20/07
    SACKS STANLEY J.
12/20/07 DEFENDANT IN CUSTODY                   00/00/00
    SACKS STANLEY J.
12/20/07 PRISONER DATA SHEET TO ISSUE           00/00/00
    SACKS STANLEY J.
12/20/07 WITNESSES ORDERED TO APPEAR            00/00/00
    SACKS STANLEY J.
12/20/07 CONTINUANCE BY AGREEMENT               01/04/08
    SACKS STANLEY J.
01/04/08 DEFENDANT IN CUSTODY                   00/00/00
    SACKS STANLEY J.
01/04/08 PRISONER DATA SHEET TO ISSUE           00/00/00
    SACKS STANLEY J.
01/04/08 MOTION TO DISMISS INDICTMENT           00/00/00 D         2
    SACKS STANLEY J.
01/04/08 CONTINUANCE BY AGREEMENT               01/23/08
    SACKS STANLEY J.
01/23/08 DEFENDANT IN CUSTODY                   00/00/00
    SACKS STANLEY J.
01/23/08 PRISONER DATA SHEET TO ISSUE           00/00/00
    SACKS STANLEY J.
01/23/08 SPECIAL ORDER                          00/00/00
    DEFT PRO SE
    SACKS STANLEY J.
01/23/08 CONTINUANCE BY AGREEMENT               02/06/08
    SACKS STANLEY J.
02/06/08 DEFENDANT IN CUSTODY                   00/00/00
    SACKS STANLEY J.
02/06/08 PRISONER DATA SHEET TO ISSUE           00/00/00
    SACKS STANLEY J.

FCRL9

```
        IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 004

    PEOPLE OF THE STATE OF ILLINOIS

                    VS              NUMBER 07CR0843401

    TONY       FLOWERS

            CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
02/06/08 COURT RECUSES ITSELF                     00/00/00
    SACKS STANLEY J.
02/06/08 TRANSFERRED                              02/07/08 1701
    SACKS STANLEY J.
02/07/08 DEFENDANT IN CUSTODY                     00/00/00
    BIEBEL, PAUL JR.
02/07/08 CASE ASSIGNED                            02/07/08 1724
    BIEBEL, PAUL JR.
02/07/08 DEFENDANT IN CUSTODY                     00/00/00
    LINN JAMES B.
02/07/08 PRISONER DATA SHEET TO ISSUE             00/00/00
    LINN JAMES B.
02/07/08 PUBLIC DEFENDER APPOINTED                00/00/00
    LINN JAMES B.
02/07/08 DEFENDANT ARRAIGNED                      00/00/00
    LINN JAMES B.
02/07/08 PLEA OF NOT GUILTY                       00/00/00
    LINN JAMES B.
02/07/08 SPECIAL ORDER                            00/00/00
    ST TENDERS DISC.
    LINN JAMES B.
02/07/08 CONTINUANCE BY AGREEMENT                 02/21/08
    LINN JAMES B.
02/21/08 DEFENDANT IN CUSTODY                     00/00/00
    LINN JAMES B.
02/21/08 PRISONER DATA SHEET TO ISSUE             00/00/00
    LINN JAMES B.
02/21/08 SPECIAL ORDER                            00/00/00
    ST COMPLETES DISC.
    LINN JAMES B.
02/21/08 SPECIAL ORDER                            00/00/00
    ELECTED CASE
    LINN JAMES B.
02/21/08 CONTINUANCE BY AGREEMENT                 02/27/08
    LINN JAMES B.
02/27/08 DEFENDANT IN CUSTODY                     00/00/00
    LINN JAMES B.
```

FCRL 10

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS        Page 005

PEOPLE OF THE STATE OF ILLINOIS

        VS                NUMBER 07CR0843401

TONY       FLOWERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION

```
02/27/08 PRISONER DATA SHEET TO ISSUE            00/00/00
    LINN JAMES B.
02/27/08 CONTINUANCE BY AGREEMENT                03/10/08
    LINN JAMES B.
03/10/08 DEFENDANT IN CUSTODY                    00/00/00
    LINN JAMES B.
03/10/08 PRISONER DATA SHEET TO ISSUE            00/00/00
    LINN JAMES B.
03/10/08 CONTINUANCE BY AGREEMENT                03/14/08
    LINN JAMES B.
03/14/08 DEFENDANT IN CUSTODY                    00/00/00
    LINN JAMES B.
03/14/08 PRISONER DATA SHEET TO ISSUE            00/00/00
    LINN JAMES B.
03/14/08 APPEARANCE FILED                        00/00/00
    LINN JAMES B.
03/14/08 MOTION TO WITHDRAW AS ATTORNEY          00/00/00
    PUBLIC DEFENDERS & TENDERS DISC.
    LINN JAMES B.
03/14/08 PLEA OF GUILTY                  C001    00/00/00
    LINN JAMES B.
03/14/08 JURY WAIVED                             00/00/00
    LINN JAMES B.
03/14/08 FINDING OF GUILTY               C001    00/00/00
    LINN JAMES B.
03/14/08 BAIL REVOKED                            00/00/00
    LINN JAMES B.
03/14/08 CHANGE PRIORITY STATUS          M       00/00/00
    LINN JAMES B.
03/14/08 CONTINUANCE BY AGREEMENT                04/01/08
    LINN JAMES B.
04/01/08 DEFENDANT IN CUSTODY                    00/00/00
    LINN JAMES B.
04/01/08 PRISONER DATA SHEET TO ISSUE            00/00/00
    LINN JAMES B.
04/01/08 CONTINUANCE BY AGREEMENT                04/04/08
    LINN JAMES B.
```

PCRL11

```
             IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS         Page 006

        PEOPLE OF THE STATE OF ILLINOIS

                           VS                  NUMBER 07CR0843401

    TONY          FLOWERS

              CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

    I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois,
and keeper of the records and seal thereof do hereby certify that the
electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION
04/01/08 PLENARY PROT ORDER ISSUED                00/00/00
    PROTECTED BY THIS ORDER(RENEE KING FLOWERS)
    LINN JAMES B.
04/01/08 SPECIAL ORDER                            00/00/00
    THIS ORDER IS IN EFFECT UNTIL EXPIRATION OF TERM OF IMPRIS/PLUS 2YRS
    LINN JAMES B.
04/01/08 LEADS NUMBER                             00/00/00
    C08B4055
    LINN JAMES B.
04/04/08 DEFENDANT IN CUSTODY                     00/00/00
    LINN JAMES B.
04/04/08 PRISONER DATA SHEET TO ISSUE             00/00/00
    LINN JAMES B.
04/04/08 MOTION DEFT - CONTINUANCE - MD           04/11/08
    LINN JAMES B.
04/11/08 DEFENDANT IN CUSTODY                     00/00/00
    LINN JAMES B.
04/11/08 DEF SENTENCED ILLINOIS DOC      C001     00/00/00
         2 YRS
    LINN JAMES B.
04/11/08 SENTENCE TO RUN CONSECUTIVE
    08CR02006
    LINN JAMES B.
04/11/08 CREDIT DEFENDANT FOR TIME SERV
    AGGREGATE
              423 DYS
    LINN JAMES B.
04/11/08 BLOOD TEST ORDERED                       00/00/00 S       1
    LINN JAMES B.
04/11/08 FINES COSTS FEES NON DRFT ORD
    COSTS ORDERED
    LINN JAMES B.
05/20/08 M/D VACATE PLEA, FNDG, VRDCT             00/00/00 F       2
05/20/08 HEARING DATE ASSIGNED                    05/28/08 1724
05/28/08 DEFENDANT NOT IN COURT                   00/00/00
    HILL ARTHUR F JR
05/28/08 SPECIAL ORDER                            00/00/00
    DEFT. NOT IN CT., DEFENDANT FILES PRO SE MOTION TO W/DRAW GUILTY PLEA
    HILL ARTHUR F JR
```

FCRL12

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS          Page 007

PEOPLE OF THE STATE OF ILLINOIS

         VS                NUMBER 07CR0843401

TONY          FLOWERS

CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County filed an INDICTMENT/INFORMATION          00/00/00
05/28/08 SPECIAL ORDER
    ST. TO WRIT DEFENDANT
    HILL ARTHUR F JR
05/28/08 CONTINUANCE BY ORDER OF COURT          06/02/08
    HILL ARTHUR F JR
06/02/08 DEFENDANT IN CUSTODY          00/00/00
    ILLINOIS DEPARTMENT OF CORRECTIONS
    LINN JAMES B.
06/02/08 SPECIAL ORDER          00/00/00
    PRO SE MD W/DRAW PLEA UNTIMELY
    LINN JAMES B.

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 06/06/08

DOROTHY BROWN
CLERK OF THE CIRCUIT COURT OF COOK COUNTY

FCRL 13