UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TONY FLOWERS, | CASE NO. 07 C 6416 |
| Plaintiff, | JUDGE CASTILLO |
| v. | MAGISTRATE JUDGE SCHENKIER |
| OFFICER PETER MAGNINE and OFFICER THOMAS WARD, | |
| Defendants. | |

## NOTICE OF MOTION TO DISMISS

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO DISMISS.**

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Castillo, or before such other Judge sitting in his place or stead, on the 12th day of August, 2008 at 9:45 a.m., or as soon thereafter as counsel may be heard and present the previously filed motion.

**DATED** at Chicago, Illinois this 28th day of July, 2008.

LE'ORA TYREE
ASSISTANT CORPORATION COUNSEL

 /s/ *Le'Ora Tyree*
LE'ORA TYREE
Assistant Corporation Counsel
 30 N. LaSalle Street, Suite 1020

 Chicago, Illinois 60602
(312) 744-1056
Attorney No. 6288669

### CERTIFICATE OF SERVICE

I hereby certify that I have caused this **NOTICE OF MOTION** and **DEFENDANTS MOTION TO DISMISSED** to be served electronically upon represented parties via the CM/ECF electronic filing system this 28th day of July, 2008.

/s/ *Le'Ora Tyree*

LE'ORA TYREE