UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Tony Flowers

       Plaintiff,

v.                 Case No.: 1:07−cv−06416
                 Honorable Ruben Castillo

P Magnine, et al.

       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, August 7, 2008:

  MINUTE entry before the Honorable Ruben Castillo:Motion hearing held on 8/7/2008. Defendants P. Magnine and Detective Ward's motion to dismiss [16] is granted. Plaintiff's complaint is dismissed without prejudice. Plaintiff will be given until 8/29/2008 to file any appropriate motion to reconsider and any motion for appointment of counsel. If plaintiff does not take any action by 8/29/2008, this case will be dismissed with prejudice. Mailed notice(rao, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.