# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | RUBÉN CASTILLO | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6416 | **DATE** | September 8, 2008 |
| **CASE TITLE** | Tony Flowers (#2006-0083015) vs. James Comroe, et al. | | |

**DOCKET ENTRY TEXT:**

By Minute Order of August 7, 2008, the court granted the defendants' motion to dismiss but gave the plaintiff the opportunity to file "any appropriate motion to reconsider and any motion for appointment of counsel." The plaintiff was forewarned that failure to take any action by August 29, 2008, would result in summary dismissal of this case with prejudice. Nevertheless, that deadline has passed and the plaintiff has not responded to the court's order. Accordingly, the case is terminated.

**Docketing to mail notices.**

mjm